16-0166, people of the state of Illinois, half a week, by Stephanie Freeman v. Kenneth Gonis, talent, by Adam Weaver. Mr. Weaver. Good afternoon, Your Honors and Counsel. My name is Adam Weaver with the Office of the Defendant Kenneth Gonis, this afternoon. May it please the Court. The issue in this case is whether the trial court erred when it did not bar evidence that there was a 99.99% probability that the defendant was the father of the complainant's children based on paternity tests that used Bayes' theory. Initially, this Court ordered an argument in this case, so I'm happy to answer any questions Your Honors may have right away, and I am prepared to make a brief argument. Well, oh, you are prepared to make a brief argument? Yes. Okay. I am ready.     Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes. Yes.    Yes. Yes.